JOSEPH RAY HAIGHT v. KANDIYOHI COUNTY WELFARE BOARD AND ANOTHER.

191 N. W. (2d) 559.

November 5, 1971—No. 43006.

*Weis & Frauenshuh Law Firm* and *Dale E. Parker,* for appellant.

*Warren Spannaus,* Attorney General, *John M. Mason,* Solicitor General, and *Judy L. Oakes,* Special Assistant Attorney General, for respondents.

Heard before Knutson, C. J., and Otis, Rogosheske, and Peterson, JJ.

PER CURIAM.

The commissioner of public welfare, after an administrative hearing, determined that petitioner was ineligible for medical assistance upon the statutory ground that he had, within a 3-year period prior to his application for assistance, transferred property for the purpose of attaining eligibility for medical assistance under Minn. St. c. 256B. The district court, reviewing the order of the commissioner pursuant to § 256B.11, determined that the order of the state agency was not based upon an erroneous theory of law and was not arbitrary, capricious, or unreasonable. We affirm the order of the district court from which this appeal was taken.

Affirmed.